■ CHARLES P. GARDINER, Appellant, v CAROL CARTWRIGHT, Respondent.—Motion to vacate dismissal of appeal

denied. Memorandum: The orders appealed from are not orders of disposition and are thus not appealable as of right (see, Family Ct Act § 1112). Present—Boomer, J. P., Green, Pine, Balio and Lawton, JJ.